1  Mitchell F. Boomer (State Bar No. 121441)
   JoAnna L. Brooks (State Bar No. 182986)
2  JACKSON LEWIS LLP
3  199 Fremont Street, 10th Floor
   San Francisco, California  94105
4  Telephone:  (415) 394-9400
   Facsimile:  (415) 394-9401
5
   Attorneys for Defendant
6  TARGET CORPORATION
   (erroneously sued as TARGET STORES, INC.)
7

8  Dave Linn (State Bar No. 109143)
9  P.O. Box 14268
   Berkeley, CA  94712
10 Telephone: (510) 978-0029

11 Attorney for Plaintiff
12 SHARON BUIE

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

15

16 | SHARON BUIE,                          | Case No.:  C 05-00302 CW
17 |                      Plaintiffs,
18 |                                        | **STIPULATION FOR DISMISSAL**
   | vs.                                    | **WITH PREJUDICE**
19 |                                        | Trial: April   , 2006
   | TARGET STORES, INC.
20 |                      Defendant.
21
22

23      The parties hereto, by their undersigned counsel, having entered into a confidential

24 settlement of the matter captioned above, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the

25 Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice,

26

27

28

1   each party to bear its own attorney's fees and costs.

2

3

4   Dated: August /5, 2005                    JACKSON LEWIS LLP

5                                    By:   _____
6                                          Mitchell F. Boomer
                                           JoAnna L. Brooks
7
                                           Attorneys for Defendant
8                                          TARGET CORPORATION

9

10  Dated: August 15 2005                    DAVE LINN

11

12                                   By:   _____
13                                         Dave Linn

14                                         Attorney for Plaintiff
15                                         SHARON BUIE

16  **IT IS SO ORDERED:**

17  Dated: 9/13/05

18                                         _____
                                           UNITED STATES DISTRICT COURT JUDGE
19

20  bbb

21

22

23

24

25

26

27

28

2